

EOD
03/31/2008

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **In re** § | |
| § | **CASE NO. 05-43533** |
| **CORNERSTONE PRODUCTS, INC.,** § | |
| § | **Chapter 11** |
| Debtor. § | **Judge Brenda T. Rhoades** |
| § | |
| § | |
| **CORNERSTONE PRODUCTS, INC.** § | |
| and **SUNDANCE GENERAL, LLC,** § | **Adversary Proceeding No. 05-04217** |
| § | |
| Plaintiffs, § | |
| v. § | |
| § | |
| **PILOT PLASTICS, INC., BLOOM** § | |
| **INDUSTRIES, INC., CHAMPION** § | |
| **MOLDED PLASTICS, EDGE** § | |
| **PLASTICS, INC., FIRST UNITED BANK** § | |
| **& TRUST COMPANY, AND RURAL** § | |
| **ENTERPRISES, INC.** § | |
| § | |
| Defendants. § | |

## ADDITIONAL FINDINGS OF FACT AND CONCLUSIONS OF LAW

This matter is before the Court following a trial of the complaint in the above-styled adversary proceeding. The Court, having considered the pleadings, the evidence presented at trial, and the arguments of counsel, now finds that a Corrected Judgment should be entered for the reasons set forth in the following findings of fact and conclusions of law.

On December 5, 2007, this Court entered a Judgment (Docket No. 189) in the above-styled adversary proceeding in connection with the Court's Findings of Fact and Conclusions of Law (Docket No. 188). Subsequent to the entry of that original Judgment, the Court has discovered that

(i) the Court's findings in paragraph 37 of the Findings of Fact and Conclusions of Law and the Court's 6th decretal paragraph in the Judgment are in error in that the Court has not yet decided the claims of Plaintiff Sundance General, LLC against Defendant Champion Molded Plastics; and (ii) Plaintiff Sundance General, LLC and Defendant Pilot Plastics, Inc. have reached a settlement of the claims that were before the Court which settlement has resulted in the submission of an Agreed Judgment in Adversary No. 07-04206. These errors in the original Judgment and the affect of the Agreed Judgment require correction by the Court and entry of this Corrected Judgment. The Court hereby corrects its findings in Paragraph 37 so that the last sentence of that finding shall now read "Final Orders have been entered with respect to all defendants except Pilot and Champion, leaving Pilot and Champion as the sole remaining defendants."

Signed on 3/31/2008

*Brenda T. Rhoades*   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE